UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CIVIL ACTION NO.: 3:12-CV-850-J-25MCR

THE CITY OF JACKSONVILLE,
a State of Florida municipal corporation,

       Plaintiff,

vs.

SHOPPES OF LAKESIDE, INC. a Florida
corporation; JACKSONVILLE
HOSPITALITY HOLDINGS L.P., a Delaware
limited partnership; CONTINENTAL
HOLDINGS, INC., a Wyoming corporation,

       Defendants.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please take notice that John R. Thomas of the law of firm of Smith Hulsey & Busey appears as additional counsel of record in this case on behalf of Continental Holdings, Inc. and requests that all pleadings and other papers filed in this case be furnished to the undersigned counsel.

Respectfully submitted,

SMITH HULSEY & BUSEY


By  */s/John R. Thomas*
      Tim E. Sleeth
      Whitney K. McGuire
      John R. Thomas

Florida Bar Number: 208922
Florida Bar Number: 34984
Florida Bar Number: 77107
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
tsleeth@smithhulsey.com
wmcguire@smithhulsey.com
jthomas@smithhulsey.com

Attorneys for Continental Holdings, Inc.

## Certificate of Service

I HEREBY CERTIFY that on this 20th day of February, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to:

James C. Rinaman, III
Email: jrinaman@rinamanlaw.com
**JAMES C. RINAMAN, III &
ASSOCIATES, P.A.**
1054 Kings Avenue
Jacksonville, FL 32207

Mary C. Sorrell
Email: sorrel@fdn.com
**MARY C. SORRELL, P.A.**
P.O. Box 330108
Atlantic Beach, FL 32233

Michael B. Wedner
Email: mwedner@coj.net
Jason R. Teal
Email: jteal@coj.net
David J. D' Agata
Email: dagata@coj.net
**CITY OF JACKSONVILLE,
OFFICE OF GENERAL COUNSEL**
St. James Building, Suite 480
117 W. Duval Street
Jacksonville, FL 32202

William L. Pence
Email: wpence@bakerlaw.com
Kristina R. Ramsey
Email: kramsey@bakerlaw.com
Salomon Laguerre
Email: slaguerre@bakerlaw.com
**BAKER & HOSTETLER LLP**
200 Orange Avenue, Suite 2300
Orlando, FL 32801

/s/ *John R. Thomas*
Attorney

894895