UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| THE CITY OF JACKSONVILLE, a State of Florida municipal corporation, | ) ) ) | Case No.: 3:12-CV-850-J-25MCR |
| Plaintiff, | ) ) | |
| vs. | ) | |
| SHOPPES OF LAKESIDE, INC. a Florida corporation; JACKSONVILLE HOSPITALITY HOLDINGS L.P., a Delaware limited partnership; CONTINENTAL HOLDINGS, INC., a Wyoming Corporation, | ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Third-Party Plaintiff Continental Holdings, Inc. ("CHI") and Third-Party Defendant Greif, Inc. ("Greif"), by and through their undersigned counsel, stipulate to the voluntary dismissal of Greif from this action without prejudice, with CHI and Greif to each bear their own fees and costs. CHI agrees that this dismissal without prejudice does not constitute a waiver by Greif to any right it may have to seek attorneys' fees incurred in the current proceeding if CHI refiles similar claims in the future.

[*signatures on following pages*]

Executed this 12th day of November 2015.

| SMITH HULSEY & BUSEY | FOLEY & LARDNER LLP |
|---|---|
| By  /s/ *Whitney K. McGuire*  <br>   Tim E. Sleeth <br>   Whitney K. McGuire <br>   John R. Thomas <br> Florida Bar No. 208922 <br> Florida Bar No. 34984 <br> Florida Bar No. 77107 <br> 225 Water Street, Suite 1800 <br> Jacksonville, Florida 32202 <br> (904) 359-7700 <br> tsleeth@smithhulsey.com <br> wmcguire@smithhulsey.com <br> jthomas@smithhulsey.com <br><br> Attorneys for Continental Holdings, Inc. | By   /s/ *John A. Tucker*\*  <br>   John A. Tucker <br>   Emily F. O'Leary <br> Florida Bar No. 0356123 <br> Florida Bar No. 0073042 <br> 1 Independent Drive, Suite 1300 <br> Jacksonville, Florida 32202 <br> (904) 359-2000 <br> jtucker@foley.com <br> eoleary@foley.com <br> avwilliams@foley.com <br> dcollins@foley.com <br><br> and <br><br> HAYNSWORTH SINKLER BOYD, P.A. <br> Thomas R. Gottschall <br> Robert Y. Knowlton <br> Samuel Ross Shealy <br> 1201 Main Street, 22nd Floor <br> Columbia, SC 29201-3226 <br> (803) 799-3080 <br> tgottshall@hsblawfirm.com <br> bknowlton@hsblawfirm.com <br> sshealy@hsblawfirm.com <br><br> Attorneys for Greif, Inc. <br><br> \*electronic signature applied with consent from counsel |

ACKNOWLEDGED:

| | |
|---|---|
| MARY C. SORRELL, P.A. | JAMES C. RINAMAN, III & ASSOCIATES, P.A. |
| By   /s/ *Mary C. Sorrell*\*<br>      Mary C. Sorrell<br>Florida Bar No. 367478<br>PO Box 330108<br>Atlantic Beach, FL 32233<br>(904) 246-1164<br>sorrel@fdn.com | By   /s/ *James C. Rinaman, III*\*<br>      James C. Rinaman, III<br>Florida Bar No. 838047<br>1054 Kings Ave.<br>Jacksonville, Florida 32207<br>(904) 421-6900<br>Service@rinamanlaw.com |
| Attorneys for Shoppes of Lakeside, Inc. | Attorneys for Jacksonville Hospitality Holdings, L.P. |
| BUSH GRAZIANO RICE & PLATTER, P.A. | GRAMLING ENVIRONMENTAL LAW, P.A. |
| By   /s/ *Erin B. Reynolds*\*<br>      Dominick J. Graziano<br>      Erin B. Reynolds<br>Florida Bar No. 831270<br>Florida Bar No. 26862<br>101 E. Kennedy Blvd., Suite 1700 (33602)<br>P.O. Box 3423<br>Tampa, Florida 33601-3423<br>(813) 228-7000<br>eserve@bgrplaw.com<br>tdomi@bgrplaw.com | By   /s/ *Scott R. Alexander*\*<br>      George F. Gramling, III<br>Florida Bar No. 441287<br>118 South Newport Avenue<br>Tampa, Florida 33606<br>(813) 259-1060<br>george@gramlinglaw.com<br><br>and<br><br>TAFT STETTINIUS & HOLLISTER LLP<br>Scott R. Alexander<br>Richard W. Gardner<br>One Indiana Square, Suite 3500<br>Indianapolis, Indiana 46204-2023<br>(317) 713-3500<br>SAlexander@taftlaw.com<br>RGardner@taftlaw.com |
| Attorneys for Claude Nolan Cadillac, Inc. | |

\*electronic signature applied with consent from counsel

ACKNOWLEDGED AND AGREED:

BAKER & HOSTETLER LLP


By    /s/ *Kristina R. Ramsey*\*
      William L. Pence
      Michael S. Vitale
      Kristina R. Ramsey
Florida Bar No. 298271
Florida Bar No. 17136
Florida Bar No. 629839
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801
(407) 649-4095
wpence@bakerlaw.com
mvitale@bakerlaw.com
kramsey@bakerlaw.com

and

OFFICE OF GENERAL COUNSEL,
CITY OF JACKSONVILLE
Michael B. Wedner
Florida Bar No. 287431
Jason R. Teal
Florida Bar No. 157198
Dave J. D'Agata
Florida Bar No. 663891
117 W. Duval Street, Suite 480
Jacksonville, FL 32202
(904) 630-1834
mwedner@coj.net
JTeal@coj.net
dagata@coj.net

Attorneys for The City of Jacksonville and JEA

\*electronic signature applied with consent from counsel

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of November 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to:

Michael B. Wedner
Jason R. Teal
David J. D'Agata
**City of Jacksonville, General Counsel**
St. James Building, Suite 480
117 W. Duval Street
Jacksonville, FL 32202

James C. Rinaman III
**James C. Rinaman III & Assoc. PA**
1054 Kings Avenue
Jacksonville, FL 32207

George F. Gramling III
**Gramling Environmental Law**
118 South Newport Avenue
Tampa, FL 33606

John A. Tucker
Emily F. O'Leary
**Foley & Lardner, LLP**
1 Independent Drive, Suite 1300
Jacksonville, FL 32202

Dominick J. Graziano
Erin B. Reynolds
**Bush Graziano Rice & Platter**
101 E. Kennedy Boulevard, Suite 1700
Tampa, FL 33602

William L. Pence
Kristina R. Ramsey
Michael S. Vitale
**Baker & Hostetler, LLP**
200 Orange Avenue, Suite 2300
Orlando, FL 32801

Mary C. Sorrell
**Mary C. Sorrell, PA**
Post Office Box 330180
Atlantic Beach, FL 32233

Scott R. Alexander
Will Gardner
**Taft Stettinius & Hollister, LLP**
One Indiana Square, Suite 3500
Indianapolis, IN 46204

Thomas R. Gottshall
Robert Y. Knowlton
Samuel Ross Shealy
**Haynsworth Sinkler Boyd, PA**
1201 Main Street, 22nd Floor
Columbia, SC 29201

          /s/ *Whitney K. McGuire*
             Attorney

00913806.7