UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**THE CITY OF JACKSONVILLE**, a State of
Florida municipal corporation,
    Plaintiff,

v.

                                    Case No. **3:12-cv-850-J-25MCR**

**SHOPPES OF LAKESIDE, INC.**, a Florida
corporation, *et al*,

    Defendants,
_____/

## ORDER

This Cause is before the Court upon Continental's Motion for Reconsideration (Dkt. 307). As noted in Houston's opposition, a court may only grant a Rule 59(e) motion if it is based on "newly-discovered evidence or manifest errors of law or fact.'" *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007). Further, reconsideration of a previous order is an "extraordinary remedy to be employed sparingly." *Teresa G. Sussman v. Salem, Saxon & Nielsen, P.A.*, 153 F.R.D. 689, 694 (M.D. Fla.1994). Continental has failed to articulate newly discovered evidence or a manifest error of law or fact. Thus, is it **ORDERED**:

    Continental's Motion for Reconsideration (Dkt. 307) is **DENIED**.

    .DONE AND ORDERED this 15 day of November, 2017.

                                              HENRY LEE ADAMS, JR.
                                              United States District Judge

Copies to:
Counsel of Record