# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

THE CITY OF JACKSONVILLE,
a State of Florida municipal corporation,

      Plaintiff,

v.

SHOPPES OF LAKESIDE, INC., a Florida corporation; JACKSONVILLE HOSPITALITY HOLDINGS L.P., a Delaware limited partnership; and CONTINENTAL HOLDINGS, INC., a Wyoming corporation,

      Defendants.
_____/

Case No. 3:12-cv-850-J-25MCR

CONTINENTAL HOLDINGS, INC.,

      Counterclaim-Plaintiff,

v.

THE CITY OF JACKSONVILLE,

      Counterclaim-Defendant.
_____/

CONTINENTAL HOLDINGS, INC.,

      Third Party Plaintiff,

v.

HOUSTON PIPE LINE COMPANY, L.P., HPL GP, LLC, GREIF, INC., CLAUDE NOLAN CADILLAC, JEA f/k/a Jacksonville Electric Authority, and TEXACO, INC.,

      Third Party Defendants.
_____/

## NOTICE OF PARTIAL SETTLEMENT

Plaintiff, THE CITY OF JACKSONVILLE ("the City"), pursuant to Local Rule 3.08, hereby files this Notice of Partial Settlement, to notify the Court as required under the Local Rules

4837-6881-9315.2

of this Court of a settlement between the City, Defendant SHOPPES OF LAKESIDE, INC., ("Shoppes") and Defendant JACKSONVILLE HOSPITALITY HOLDINGS L.P. ("JHH") and states as follows:

1. After arms-length negotiations, the City has recently entered into two (2) separate and distinct settlement agreements (the "Agreements"), one between the City and Shoppes, and a second agreement between the City and JHH.

2. The Agreements were approved by the necessary elected officials of the City of Jacksonville on September 17, 2018.

3. As a result of these negotiations, the City, Shoppes, JHH, and a non-party to this action have entered into a Brownfield Site Rehabilitation Agreement, ("BSRA"), which was fully executed on September 18, 2018. The BSRA, when implemented, will provide for the performance of the remedial design and remedial actions tasks for the former Main Street Manufactured Gas Plant ('MGP") Plant Site area, which is the subject of this litigation.

4. Under the Agreements and the BSRA, the settling parties have agreed to an equitable allocation between the settling parties only for the City's past response costs for the remedial investigation task and the City's future response costs for the remedial design and remedial action tasks for the former Main Street MGP Plant Site.

5. As a result of the Agreements, the City, Shoppes, and JHH anticipate filing joint stipulations for voluntary dismissal, *without prejudice*, of the City's pending claims against Shoppes and JHH only within the next ten (10) days.

6. Nothing in the Agreements results in the settlement of any claims between the City and remaining Defendant CONTINENTAL HOLDINGS, INC. ("CHI"), or CHI's counterclaims and/or third party claims against the remaining Third Party Defendants.

Respectfully submitted this 19th day of September, 2018.

*/s/Michael S. Vitale*
William L. Pence (FL Bar No. 298271)
Michael S. Vitale (FL Bar No. 17136)
Kristina R. Ramsey (FL Bar No. 629839)
**BAKER & HOSTETLER LLP**
200 South Orange Avenue, Suite 2300
Orlando, Florida 32801
Telephone:  407-649-4083
Facsimile:  407-841-0168
wpence@bakerlaw.com
mvitale@bakerlaw.com
kramsey@bakerlaw.com

- and -

OFFICE OF GENERAL COUNSEL
City of Jacksonville
Jason R. Teal (FL Bar No. 157198)
Deputy General Counsel
Michael B. Wedner (FL Bar No. 287431)
Senior Assistant General Counsel
117 West Duval Street, Suite 480
Jacksonville, Florida 32202
Telephone:  904-630-1834
JTeal@coj.net
mwedner@coj.net
*Attorneys for Plaintiff*

4837-6881-9315.2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of September, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send an electronic copy to the following:

| | |
|---|---|
| Mary C. Sorrell<br>sorrell@fdn.com<br>**MARY C. SORRELL, P.A.**<br>P.O. Box 330108<br>Atlantic Beach, FL  32233<br>*Attorneys for Defendant, Shoppes of Lakeside, Inc.* | James C. Rinaman, III<br>jrinaman@rinamanlaw.com<br>**JAMES C. RINAMAN, III & ASSOCIATES, P.A.**<br>1054 Kings Avenue<br>Jacksonville, FL  32207<br>*Attorneys for Defendant, Jacksonville Hospitality Holdings, L.P.* |
| Tim E. Sleeth<br>tsleeth@smithhulsey.com<br>Stephen D. Busey<br>sbusey@smithhulsey.com<br>John R. Thomas<br>jthomas@smithhulsey.com<br>**SMITH HULSEY & BUSEY**<br>225 Water Street, Suite 1800<br>Jacksonville, FL  32202<br>*Attorneys for Defendant, Continental Holdings, Inc.* | George F. Gramling III<br>george@gramlinglaw.com<br>**GRAMLING ENVIRONMENTAL LAW, P.A.**<br>118 South Newport Avenue<br>Tampa, FL  33606<br>*Attorneys for Third Party Defendants, Houston Pipe Line Company, L.P. and HPL GP, LLC* |
| Scott R. Alexander<br>salexander@taftlaw.com<br>R. William Gardner<br>wgardner@taftlaw.com<br>**TAFT STETTINIUS & HOLLISTER LLP**<br>One Indiana Square, Suite 3500<br>Indianapolis, IN  46204<br>*Attorneys for Third Party Defendants, Houston Pipe Line Company, L.P. and HPL GP, LLC* | Ethan J. Loeb<br>ethanl@smolkerbartlett.com<br>susanm@smolkerbartlett.com<br>Jon P. Tasso<br>jont@smolkerbartlett.com<br>cynthiam@smolkerbartlett.com<br>**SMOLKER, BARTLETT, LOEB, HINDS & SHEPPARD, P.A.**<br>100 North Tampa Street<br>Suite 2050<br>Tampa, FL  33602<br>*Attorneys for Third Party Defendants, Houston Pipe Line Company, L.P. and HPL GP, LLC* |

4837-6881-9315.2

| | |
|---|---|
| William L. Pence<br>wpence@bakerlaw.com<br>Kristina R. Ramsey<br>kramsey@bakerlaw.com<br>Michael S. Vitale<br>mvitale@bakerlaw.com<br>**BAKER & HOSTETLER LLP**<br>200 South Orange Avenue, Suite 2300<br>Orlando, FL  32801<br>*Attorneys for Plaintiff, The City of Jacksonville, and Third-Party Defendant, JEA* | Jason R. Teal<br>Deputy General Counsel<br>Michael B. Wedner<br>Senior Assistant General Counsel<br>jteal@coj.net<br>mwedner@coj.net<br>OFFICE OF GENERAL COUNSEL<br>**CITY OF JACKSONVILLE**<br>117 West Duval Street, Suite 480<br>Jacksonville, FL  32202<br>*Attorneys for Plaintiff, The City of Jacksonville, and Third-Party Defendant, JEA* |

                                          /s/ Michael S. Vitale
                                        Michael S. Vitale