**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

THE CITY OF JACKSONVILLE,
a State of Florida municipal corporation,

      Plaintiff,

v.

SHOPPES OF LAKESIDE, INC., a Florida
corporation; JACKSONVILLE HOSPITALITY
HOLDINGS L.P., a Delaware limited partnership;
and CONTINENTAL HOLDINGS, INC., a
Wyoming corporation,

      Defendants.
_____/

CONTINENTAL HOLDINGS, INC.,

      Counterclaim-Plaintiff,

v.

THE CITY OF JACKSONVILLE,

      Counterclaim-Defendant.
_____/

CONTINENTAL HOLDINGS, INC.,

      Third Party Plaintiff,

v.

HOUSTON PIPE LINE COMPANY, L.P.,
HPL GP, LLC, GREIF, INC., CLAUDE NOLAN
CADILLAC, JEA f/k/a Jacksonville Electric
Authority, and TEXACO, INC.,

      Third Party Defendants.
_____/

Case No. 3:12-cv-850-J-25MCR

**JOINT NOTICE REGARDING PROPOSED DEADLINES FOR THE
SECOND STAGE OF SUMMARY JUDGMENT BRIEFING BY**

**THE CITY OF JACKSONVILLE, CONTINENTAL HOLDINGS, INC., AND JEA**

In accordance with the Court's Order of September 27, 2019 (Doc. No. 315), Plaintiff/Counterclaim Defendant, THE CITY OF JACKSONVILLE ("the City"), Defendant/Counterclaim Plaintiff, CONTINENTAL HOLDINGS, INC. ("CHI"), and Third Party Defendant, JEA ("JEA"), hereby file this Joint Notice regarding Proposed Deadlines for the Second Stage of Summary Judgment Briefing and jointly state as follows:

1. Pursuant to the Court's Order (Doc. No. 315), the parties have conferred regarding their intent to file additional dispositive motions in this case. The City, CHI, and JEA all intend to file certain dispositive summary judgment motions during the second stage of summary judgment briefing.

2. The Parties have agreed to file all additional summary judgment motions on or before January 15, 2019, and jointly ask that the Court set the deadline for filing dispositive motions as January 15, 2019.

3. The Parties have further agreed to file responses to the respective summary judgment motions on or before February 15, 2019, and jointly ask that the Court set the deadline for filing responses to the dispositive motions as February 15, 2019.

4. Nothing in this Notice is intended to address the timing of any additional pre-trial, non-summary judgment motions.

WHEREFORE, the City, CHI, and JEA have conferred as to the proposed deadlines for the second stage of summary judgment briefing and ask that the Court issue a supplemental summary judgment briefing schedule consistent with the above.

Respectfully submitted this 9th day of October, 2018 by:

| | |
|---|---|
| */s/ William L.L. Pence* <br> William L. Pence <br> Florida Bar No. 298271 <br> wpence@bakerlaw.com <br> Kristina R. Ramsey <br> Florida Bar No.629839 <br> kramsey@bakerlaw.com <br> Michael S. Vitale <br> Florida Bar No. 17136 <br> mvitale@bakerlaw.com <br> **BAKER & HOSTETLER LLP** <br> 200 South Orange Avenue, Suite 2300 <br> Orlando, FL 32801 <br><br> -and- <br><br> Jason R. Teal <br> Florida Bar No. 157198 <br> Deputy General Counsel <br> JTeal@coj.net <br> OFFICE OF GENERAL COUNSEL <br> **CITY OF JACKSONVILLE** <br> 117 West Duval Street, Suite 480 <br> Jacksonville, FL 32202 <br><br> *Attorneys for Plaintiff, the City of Jacksonville, and Third Party Defendant, JEA* | */s/ Stephen D. Busey* <br> Tim E. Sleeth <br> Florida Bar No. 208922 <br> tsleeth@smithhulsey.com <br> Stephen D. Busey <br> Florida Bar No. 117790 <br> busey@smithhulsey.com <br> John R. Thomas <br> Florida Bar No. 77107 <br> jthomas@smithhulsey.com <br> **SMITH HULSEY & BUSEY** <br> 225 Water Street, Suite 1800 <br> Jacksonville, FL 32202 <br> *Attorneys for Defendant, Continental Holdings, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 9, 2018, a true and correct copy of the foregoing was filed via the Court's CM/ECF system, which will serve:

| | |
|---|---|
| Mary C. Sorrell<br>sorrell@fdn.com<br>**MARY C. SORRELL, P.A.**<br>P.O. Box 330108<br>Atlantic Beach, FL  32233<br>*Attorneys for Defendant, Shoppes of Lakeside, Inc.* | James C. Rinaman, III<br>jrinaman@rinamanlaw.com<br>**JAMES C. RINAMAN, III & ASSOCIATES, P.A.**<br>1054 Kings Avenue<br>Jacksonville, FL  32207<br>*Attorneys for Defendant, Jacksonville Hospitality Holdings, L.P.* |
| Tim E. Sleeth<br>tsleeth@smithhulsey.com<br>Stephen D. Busey<br>busey@smithhulsey.com<br>John R. Thomas<br>jthomas@smithhulsey.com<br>**SMITH HULSEY & BUSEY**<br>225 Water Street, Suite 1800<br>Jacksonville, FL  32202<br>*Attorneys for Defendant, Continental Holdings, Inc.* | George F. Gramling III<br>george@gramlinglaw.com<br>**GRAMLING ENVIRONMENTAL LAW, P.A.**<br>118 South Newport Avenue<br>Tampa, FL  33606<br>*Attorneys for Third Party Defendants, Houston Pipe Line Company, L.P. and HPL GP, LLC* |
| Scott R. Alexander<br>salexander@taftlaw.com<br>R. William Gardner<br>wgardner@taftlaw.com<br>**TAFT STETTINIUS & HOLLISTER LLP**<br>One Indiana Square, Suite 3500<br>Indianapolis, IN  46204<br>*Attorneys for Third Party Defendants, Houston Pipe Line Company, L.P. and HPL GP, LLC* | Ethan J. Loeb<br>ethanl@smolkerbartlett.com<br>susanm@smolkerbartlett.com<br>Jon P. Tasso<br>jont@smolkerbartlett.com<br>cynthiam@smolkerbartlett.com<br>**SMOLKER, BARTLETT, LOEB, HINDS & SHEPPARD, P.A.**<br>100 North Tampa Street<br>Suite 2050<br>Tampa, FL  33602<br>*Attorneys for Third Party Defendants, Houston Pipe Line Company, L.P. and HPL GP, LLC* |

_____<br>
William L. Pence

4837-1806-0663.2