UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**THE CITY OF JACKSONVILLE**, a State of
Florida municipal corporation,

    Plaintiff,

v.

                                                  Case No. **3:12-cv-850-J-25MCR**

**SHOPPES OF LAKESIDE, INC.**, a Florida
corporation, *et al*,

    Defendants.
_____/

## ORDER

This Cause is before the Court on the Joint Notice Regarding Proposed Deadlines (Dkt. 319). Upon consideration, it is **ORDERED**:

1. Phase two summary judgment motions must be filed on or before **January 15, 2019**; the Parties are reminded that they are each allowed one summary judgment motion;

2. Responses to the respective summary judgment motions are due on or before **February 15, 2019**.

DONE AND ORDERED this 30th day of October, 2018.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record