UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**THE CITY OF JACKSONVILLE**, a State of
Florida municipal corporation,

    Plaintiff,

v.

**SHOPPES OF LAKESIDE, INC.**, a Florida
corporation, *et al*,

    Defendants.
_____/

Case No. **3:12-cv-850-J-25MCR**

## ORDER

This Cause is before the Court on Houston's Motion for Attorneys' Fees and Costs (Dkt. 321) as well as Continental's Motion to Amend and Certify the Judgment Dkt. 323). Regarding Continental's Motion, the Court sees no need to entertain it at this point in time. As to Houston's motion, the Parties are directed to submit a proposed discovery schedule regarding the fee and cost issue along with a proposal for briefing and a hearing on the matter. Thus, it is **ORDERED**:

1. Continental's Motion to Amend and Certify the Judgment (Dkt. 323) is **DENIED without prejudice**;

2. The Parties are directed to submit a joint proposed discovery, briefing, and hearing schedule regarding the fee and cost issue on or before **December 3, 2018.**

**DONE AND ORDERED** this 15 day of November, 2018.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:    Counsel of Record