UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE CITY OF JACKSONVILLE,

     Plaintiff,

v.                                     Case No. 3:12-cv-850-HLA-MCR

SHOPPES OF LAKESIDE, INC., et al.

     Defendants,

CONTINENTAL HOLDINGS, INC.

     Third Party Plaintiff,

v.

HOUSTON PIPE LINE COMPANY, L.P.,
HPL GP, LLC, and JEA f/k/a Jacksonville
Electric Authority

     Third Party Defendants.

_____/

## JOINT PROPOSED SCHEDULE REGARDING FEE MOTION

Third Party Plaintiff, Continental Holdings, Inc. ("Continental") and Third-Party Defendants Houston Pipe Line Company, L.P., and HPL GP, LLC (collectively, "Houston"), and pursuant to this Court's Order [Doc. 330], hereby jointly propose the following schedule for discovery, briefing, and hearing on Houston's Motion for Attorneys' Fees and Costs Pursuant to Florida Statutes § 376.313(6), Motion to Determine Amount of Fees and Costs Pursuant to Prior Sanctions Order, and Supporting Memorandum of Law (the "Fee Motion") [Doc. 321]:

**Briefing:**

1.      Houston will file its expert Affidavit of Reasonable Attorneys' Fees on or before December 14, 2018.

2.      Continental will file its opposing affidavit(s), if applicable, or before January 28, 2019.

3.      Additional briefing from either party, if any, will be filed by April 8, 2019.

**Discovery:**

4.      The parties agree to conclude discovery on the Fee Motion, including expert discovery, on or before March 29, 2019.

**Hearing:**

5.      The parties agree that they will be ready for an evidentiary hearing on the Fee Motion, if required by the Court, by April 10, 2019.

WHEREFORE, Continental and Houston have conferred as to the proposed deadlines for the discovery, briefing and hearing schedule regarding the Fee Motion, and ask that the Court enter an Order consistent with the above-referenced proposed dates.

*/s/ John R. Thomas*
TIM E. SLEETH
Florida Bar No. 208922
tsleeth@smithhulsey.com
STEPHEN D. BUSEY
Florida Bar No. 117790
busey@smithhulsey.com
JOHN R. THOMAS
Florida Bar No. 77107
jthomas@smithhulsey.com
SMITH HUSLEY & BUSEY
225 Water Street, Suite 1800
Jacksonville, Florida 32202
*Attorneys for Continental Holdings, Inc.*

*/s/ Ethan J. Loeb*
ETHAN J. LOEB
Florida Bar No. 0668338
ethanl@smolkerbartlett.com
JON P. TASSO
Florida Bar No.: 01201510
jont@smolkerbartlett.com
SMOLKER, BARTLETT, LOEB,
HINDS & THOMPSON, P.A.
100 North Tampa Street, Suite 2050
Tampa, Florida 33602
(813) 223-3888
(813) 228-6422 (fax)
Attorneys for Third-Party Defendants,
HOUSTON PIPELINE COMPANY, L.P.
and HPL GP, LLC

and

Scott R. Alexander, Esquire (pro hac vice)
R. William Gardner, Esquire (pro hac vice)
Ann O' Connor McCready, Esquire
(pro hac vice)
salexander@taftlaw.com
wgardner@taftlaw.com

TAFT STETTINIUS & HOLLISTER LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
*Attorneys for Houston Pipe Line Company,*
*L.P., HPL GP, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 3, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

| | |
|---|---|
| Michael B. Wedner, Esquire<br>mwedner@coj.net<br>lcenac@coj.net<br>Jason R. Teal, Esquire<br>jteal@coj.net<br>jeanh@coj.net<br>dibird@coj.net<br>David J. D'Agata<br>dagata@coj.net<br>garelick@coj.net<br>hdugan@coj.net<br>CITY OF JACKSONVILLE,<br>OFFICE OF GENERAL COUNSEL<br>St. James Building, Suite 480<br>117 W. Duval Street<br>Jacksonville, FL 32202<br>*Attorneys for The City of Jacksonville* | William L. Pence, Esquire<br>wpence@bakerlaw.com<br>dheber@bakerlaw.com<br>orlbakerdocket@bakerlaw.com<br>Kristina R. Ramsey, Esquire<br>kramsey@bakerlaw.com<br>Michael S. Vitale, Esquire<br>mvitale@bakerlaw.com<br>BAKER & HOSTETLER, LLP<br>200 Orange Avenue, Suite 2300<br>Orlando, FL 32801<br>*Attorneys for The City of Jacksonville* |
| Dominick J. Graziano, Esquire<br>dgraziano@bgrplaw.com<br>rshertzinger@bgrplaw.com<br>Erin B. Reynolds, Esquire<br>ereynolds@bgrplaw.com<br>salbee@bgrplaw.com<br>BUSH GRAZIANO RICE  & PLATTER<br>101 E. Kennedy Boulevard, suite 1700<br>Tampa, FL 33602<br>*Attorneys for Claude Nolan Cadillac,*<br>*JEA*<br>*f/k/a Jacksonville Electric Authority* | Tim E. Sleeth, Esquire<br>John R. Thoms, Esquire<br>Stephen D. Busey, Esquire<br>tsleeth@smithhulsey.com<br>jthomas@smithhulsey.com<br>busey@smithhulsey.com<br>225 Water Street, Suite 1800<br>Jacksonville, Fl 32202<br>*Attorneys for Continental Holdings, Inc.* |

*/s/ Ethan J. Loeb*

ETHAN J. LOEB