UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| THE CITY OF JACKSONVILLE, a State of Florida municipal corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SHOPPES OF LAKESIDE, INC. a Florida corporation; JACKSONVILLE HOSPITALITY HOLDINGS L.P., a Delaware limited partnership; CONTINENTAL HOLDINGS, INC., a Wyoming corporation, <br><br> Defendants. | Case No.: 3:12-CV-850-J-25MCR |

## CONTINENTAL HOLDINGS, INC.'S NOTICE OF APPEAL

Notice is given that third-party plaintiff Continental Holdings, Inc. ("Continental") appeals to the United States Court of Appeals for the Eleventh Circuit from the Judgment in favor of Third Party Defendants Houston Pipe Line Company, L.P. and HPL GP, LLC ("Houston") entered in this action on September 28, 2018 (ECF Nos. 316 and 330).[1]

Continental believes the Judgment is not a final appealable judgment because it does not resolve all claims against all parties (including the plaintiff's

---

[1] This notice of appeal is timely filed within 30 days of the Court's November 15, 2018 Order denying Continental's motion amend the Judgment to include a Rule 54(b) certification (ECF Nos. 323 and 330). *See* Rule 4(a)(4), Fed. R. App. P.

claims), and does not include a certification pursuant to Rule 54(b) that there is "no just reason for delay." Continental nevertheless files this notice of appeal in an abundance of caution because (i) Houston opposed Continental's motion to amend the Judgment to include a Rule 54(b) certification, arguing the certification was unnecessary because the Judgment *is* a final judgment, and (ii) the District Court denied Continental's motion to amend and certify without addressing Houston's finality argument (ECF Nos. 323, 329 and 330).

        SMITH HULSEY & BUSEY

        By /s/ *Stephen D. Busey*
            Stephen D. Busey
            John R. Thomas

        Florida Bar Number: 117790
        Florida Bar Number: 77107
        One Independent Drive, Suite 3300
        Jacksonville, Florida 32202
        (904) 359-7700
        (904) 359-7708 (facsimile)
        busey@smithhulsey.com
        jthomas@smithhulsey.com

        Attorneys for Continental Holdings, Inc.

3

## **CERTIFICATE OF SERVICE**

I certify that on this 11th day of December, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  none.

          /s/ *Stephen D. Busey*
Attorney

01018728.4