UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THE CITY OF JACKSONVILLE,
a State of Florida municipal corporation,

        Plaintiff,

v.                                      CASE NO.:  3:12-cv-00850-J-25MCR

SHOPPES OF LAKESIDE, INC.,
a Florida corporation; JACKSONVILLE
HOSPITALITY HOLDINGS L.P., a
Delaware limited partnership; CONTINENTAL
HOLDINGS, INC., a Wyoming Corporation,

        Defendants.
_____/

**<u>MOTION TO WITHDRAW AS CO-COUNSEL OF RECORD</u>**

        COMES NOW undersigned counsel Michael B. Wedner, pursuant to Rule 2.03(b), Local Rules of the United States District Court for the Middle District of Florida, and respectfully moves the Court to enter an order allowing him to withdraw as co-counsel of record for the clients of the Office of General Counsel, City of Jacksonville ("OGC") – the City and JEA – in this matter. As grounds for this motion, the undersigned states:

        1.        Pursuant to Local Rule 2.03 (b) of this Court, upon leave of court after giving 10 days' notice to the party or client affected thereby, and to opposing counsel, an attorney of record may be permitted to withdraw from and be relieved of further responsibility for the conduct of pending litigation.

        2.        Undersigned counsel retired from full-time employment with OGC effective September 28, 2018. Since that time, beginning in mid- November 2018, by mutual agreement, undersigned counsel has worked on a part-time basis at OGC on a limited number of pending

matters, including this one, and on several others in a pre-litigation posture.

3. The above part-time employment is scheduled to conclude on or about February 28, 2019.

4. At such time undersigned counsel no longer will be authorized to continue to serve as co-counsel of record in this matter on behalf of City and JEA.

5. City and JEA will not be prejudiced, as there currently are other counsel from OGC – Jason Teal, Deputy General Counsel – and outside counsel representing City and JEA in this case.

6. A copy of this motion is being served on opposing counsel as required by the Court's rule. In addition, a copy has been provided to City and JEA through their respective co-counsel, for the notification required by the rule. OGC's clients herein and the opposing party or parties will not be prejudiced, and such withdrawal will not cause a continuance or delay of this proceeding. This case is not currently scheduled for trial to commence, and various motions for summary judgment by the parties are pending before the Court.

WHEREFORE, undersigned counsel prays that the Court grant this motion, and that he be relieved of all further responsibility and obligation for the further conduct of this litigation, or granting such other further relief as may be just and appropriate.

## **MEMORANDUM OF LAW**

Under Local Rule 2.03 (b) of this Court, no attorney may withdraw as counsel of record for any party except with written leave of the Court obtained after giving 10 days' notice to the party or client affected, and to opposing counsel. A copy of the above motion has been served upon opposing counsel and provided to both the City and JEA through their counsel of record as stated above.

Because trial is not scheduled to commence any time in the near future, undersigned counsel believes permitting his withdrawal will not necessitate a continuance or delay of the case, and neither the Court nor the parties will be prejudiced.

> Respectfully submitted,
>
> **OFFICE OF GENERAL COUNSEL**
> **CITY OF JACKSONVILLE**
>
> */s/ Michael B. Wedner*
> JASON R. TEAL
> DEPUTY GENERAL COUNSEL
> Florida Bar No.: 157198
> MICHAEL B. WEDNER
> SENIOR ASSISTANT GENERAL COUNSEL
> Florida Bar No.: 287431
> 117 West Duval Street, Suite 480
> Jacksonville, Florida 32202
> Telephone:  904-630-1700
> JTeal@coj.net
> mwedner@coj.net
> *Attorneys for Plaintiff, The City of Jacksonville, and Third Party Defendant, JEA*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of February, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send an electronic copy to the following:

| | |
|---|---|
| Mary C. Sorrell<br>sorrell@fdn.com<br>**MARY C. SORRELL, P.A.**<br>P.O. Box 330108<br>Atlantic Beach, FL  32233<br>*Attorneys for Defendant, Shoppes of Lakeside, Inc.* | James C. Rinaman, III<br>jrinaman@rinamanlaw.com<br>**JAMES C. RINAMAN, III & ASSOCIATES, P.A.**<br>1054 Kings Avenue<br>Jacksonville, FL  32207<br>*Attorneys for Defendant, Jacksonville Hospitality Holdings, L.P.* |

| | |
|---|---|
| Tim E. Sleeth<br>tsleeth@smithhulsey.com<br>Stephen D. Busey<br>sbusey@smithhulsey.com<br>John R. Thomas<br>jthomas@smithhulsey.com<br>**SMITH HULSEY & BUSEY**<br>225 Water Street, Suite 1800<br>Jacksonville, FL  32202<br>*Attorneys for Defendant, Continental Holdings, Inc.* | George F. Gramling III<br>george@gramlinglaw.com<br>**GRAMLING ENVIRONMENTAL LAW, P.A.**<br>118 South Newport Avenue<br>Tampa, FL  33606<br>*Attorneys for Third Party Defendants, Houston Pipe Line Company, L.P. and HPL GP, LLC* |
| Scott R. Alexander<br>salexander@taftlaw.com<br>R. William Gardner<br>wgardner@taftlaw.com<br>**TAFT STETTINIUS & HOLLISTER LLP**<br>One Indiana Square, Suite 3500<br>Indianapolis, IN  46204<br>*Attorneys for Third Party Defendants, Houston Pipe Line Company, L.P. and HPL GP, LLC* | Ethan J. Loeb<br>ethanl@smolkerbartlett.com<br>susanm@smolkerbartlett.com<br>Jon P. Tasso<br>jont@smolkerbartlett.com<br>cynthiam@smolkerbartlett.com<br>**SMOLKER, BARTLETT, LOEB, HINDS & SHEPPARD, P.A.**<br>100 North Tampa Street<br>Suite 2050<br>Tampa, FL  33602<br>*Attorneys for Third Party Defendants, Houston Pipe Line Company, L.P. and HPL GP, LLC* |
| William L. Pence<br>wpence@bakerlaw.com<br>Kristina R. Ramsey<br>kramsey@bakerlaw.com<br>Michael S. Vitale<br>mvitale@bakerlaw.com<br>**BAKER & HOSTETLER LLP**<br>200 South Orange Avenue, Suite 2300<br>Orlando, FL  32801<br><br>*Attorneys for Plaintiff, The City of Jacksonville, and Third-Party Defendant, JEA* | Jason R. Teal<br>Deputy General Counsel<br>JTeal@coj.net<br>Michael B. Wedner<br>Senior Assistant General Counsel<br>mwedner@coj.net<br>**OFFICE OF GENERAL COUNSEL**<br>**CITY OF JACKSONVILLE**<br>117 West Duval Street, Suite 480<br>Jacksonville, FL  32202<br>*Attorneys for Plaintiff, The City of Jacksonville, and Third-Party Defendant, JEA* |

                                  */s/ Michael B. Wedner*
                                  ATTORNEY